**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**URSULA HENLEY,**

        **Plaintiff,**

**-vs-**                                       **Case No.  6:12-cv-28-Orl-28GJK**

**TENDER YEARS CHILDCARE AND**
**LEARNING CENTER II INC.,  JOHNA**
**BLAIR,  JOHN DAWSON,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion of Removal (Doc. No. 1) filed January 6, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed January 30, 2012 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion of Removal (Doc. No. 1) is **DENIED**.

3.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of February, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party